UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EUGENE LAMONT WEEMS,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>MICHAEL MARTEL, Acting Warden,<br><br>　　　　　Respondent. | NO. EDCV 07-00306 DOC (SS)<br><br>**ORDER ADOPTING FINDINGS,**<br>**CONCLUSIONS AND RECOMMENDATIONS**<br>**OF UNITED STATES MAGISTRATE JUDGE** |

　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Petition, all of the records and files herein, the Magistrate Judge's Report and Recommendation, and Petitioner's Objections. After having made a <u>de novo</u> determination of the portions of the Report and Recommendation to which Objections were directed, the Court concurs with and adopts the findings, conclusions and recommendations of the Magistrate Judge.

\\
\\
\\
\\

Accordingly, IT IS ORDERED THAT:

1. The First Amended Petition is DENIED and Judgment shall be entered dismissing this action with prejudice.

2. The Clerk shall serve copies of this Order and the Judgment herein by United States mail on Petitioner and on counsel for Respondent.

DATED: January 10, 2009

_/s/ David O. Carter_
DAVID O. CARTER
UNITED STATES DISTRICT JUDGE