# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EUGENE LAMONT WEEMS,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>MICHAEL MARTEL, Acting Warden,<br><br>　　　　　Respondent. | NO. EDCV 07-00306 DOC (SS)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: January 10, 2009

_____
DAVID O. CARTER
UNITED STATES DISTRICT JUDGE